# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

158563

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RYAN MENARD, by his conservator,
SHELLY MENARD,
       Plaintiff-Appellant,

v

      SC: 158563
      COA: 336220
      Macomb CC: 2014-003145-NI

TERRY R. IMIG and SHARRYL ANN
EVERSON,
       Defendants,

and

MACOMB COUNTY DEPARTMENT OF
ROADS and COUNTY OF MACOMB,
       Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the September 6, 2018 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

      The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) whether the Court of Appeals erred in its determination of cause-in-fact; and (2) whether the narrowing of the roadway combined with the oncoming driver's use of high-beam headlights, or any other cause-in-fact, was a proximate cause of the accident. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellees shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019



                   Clerk

p0515